```
            IN THE UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF GEORGIA
                    COLUMBUS DIVISION
```

| | |
|---|---|
| KENDRICK G. OBLETON, | * |
| Plaintiff | * |
| vs. | *       CASE NO. 4:07-CV-39 (CDL) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | * |
| | * |
| Defendant | * |

## O R D E R

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on September 3, 2008, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 29th day of September, 2008.

```
                              S/Clay D. Land
                                 CLAY D. LAND
                          UNITED STATES DISTRICT JUDGE
```